UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:24-cv-60129-RS

**PHILIP ROSE,**

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, CAPITAL ONE, N.A. D/B/A CAPITAL ONE AUTO FINANCE, and JEFFERSON CAPITAL SYSTEMS, LLC**

    **Defendant.**
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff Philip Rose and Defendant Jefferson Capital Systems, LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant Jefferson Capital Systems, LLC shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: October 8, 2024

                                                                        Respectfully Submitted,

                                                                       /s/ Zane C. Hedaya
                                                                       **JIBRAEL S. HINDI, ESQ.**
                                                                       Florida Bar No.: 118259
                                                                       E-mail: jibrael@jibraellaw.com
                                                                       **ZANE C. HEDAYA, ESQ.**
                                                                       Florida Bar No.: 1048640
                                                                       E-mail: zane@jibraellaw.com
                                                                       The Law Offices of Jibrael S. Hindi
                                                                       110 SE 6th Street, Suite 1744

Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*Counsel for Plaintiff*


/s/ *Thomas J. Fox*
Thomas J. Fox, Esq.
Florida Bar. No. 1050198
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
813-890-2467
tfox@sessions.legal

*Counsel for Defendant,*
*Jefferson Capital Systems, LLC*


/s/ *Gillian D. Williston*
Gillian D. Williston
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7517
Email: gillian.williston@troutman.com
Secondary email:
fslecfintake@troutman.com

*Counsel for Capital One Auto Finance, a division of Capital One, N.A.*


/s/ *Ritika Singh*
Ritika Singh
Florida Bar No. 1016708
rsingh@qslwm.com
QUILLING SELANDER LOWNDS, WINSLETT & MOSER
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
Phone: (214) 560-5442
Email: rsingh@qslwm.com

*Counsel for Trans Union LLC*

/s/ Paige Vacante
Paige Vacante (Bar No. 1019135)
pvacante@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive
Chicago, IL  60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640